JOSEPH STOTT, Appellant, v. ANNA HOTALING et al., Respondents.— Appeal from an order setting aside the verdict of a jury and directing a new trial upon the ground that the verdict was against the weight of the evidence. The jury returned an affirmative answer to the following question: "Is Joseph Stott, the plaintiff in this action, the child of Philip and Agnes Stott?" The trial court set the verdict aside. Order affirmed, with ten dollars costs and disbursements. Hill, P. J., and Heffernan, J., concur upon the ground that the verdict was properly set aside as against the weight of the evidence; Brewster and Lawrence, JJ., upon the grounds stated in the Trial Justice's memorandum; and Foster, J., taking no part.

ALICE W. LEE, Appellant, v. ITHACA MASONIC TEMPLE CORPORATION, Respondent.— Plaintiff was an invitee, attending a dinner and card party, in a building owned by the defendant. Facilities for this function, including chairs, were furnished by the defendant. During the course of the entertainment the chair upon which plaintiff was sitting collapsed and she fell to the floor, sustaining rather severe injuries. Subsequently the chair was found to be defective. She has been denied a recovery. Judgment reversed, on the law and facts, in the interests of justice, and a new trial directed, with costs to abide the event. All concur.